# SMITH | VILLAZOR

**Smith Villazor LLP**
1700 Broadway, Suite 2801
New York, New York 10019
www.smithvillazor.com

Rodney Villazor
rodney.villazor@smithvillazor.com
T 212.706.1872

May 14, 2019

**VIA ECF**
The Honorable Naomi Reice Buchwald
U.S. District Judge
U.S. District Court for the Southern
District Court of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/19
```

**Re: United States v. Mark Varacchi**
**No. 17-cr-00076 (NRB)**

Dear Judge Buchwald:

On behalf of Defendant Mark Varacchi, we respectfully request that he be permitted to travel with his two sons to Minnesota from June 15 to June 23. He will provide specific lodging accommodations to Pretrial Services. His pretrial services officer has no objection. The government, through AUSA Elisha Kobre, also consents to our request.

Thank you in advance.

Respectfully submitted,

/s/ Rodney Villazor

Rodney Villazor
Smith Villazor, LLP

*Application Granted.*
*[signature] Buchwald, USDJ*
*5/14/19*