# SMITH | VILLAZOR

Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**RODNEY VILLAZOR**
T 212 582 4400
D 212 377 0852
rodney.villazor@smithvillazor.com

July 23, 2020

**VIA ECF**

The Honorable Naomi Reice Buchwald
U.S. District Judge
U.S. District Court for the Southern
District Court of New York
500 Pearl Street
New York, New York 10007

        Re: **United States v. Mark Varacchi**
            **No. 17-cr-00076 (NRB)**

Dear Judge Buchwald:

    On behalf of Defendant Mark Varacchi, we respectfully request that he be permitted to drive with his son to and from a summer camp in Pennsylvania between August 9-16, 2020. He will not stay in Pennsylvania. His pretrial services officer has no objection. The government, through AUSA Elisha Kobre, also consents to our request.

    Thank you in advance.

Application granted.

/s/ NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: July 23, 2020

Respectfully submitted,

/s/ Rodney Villazor

Rodney Villazor
Smith Villazor, LLP