# SMITH | VILLAZOR

Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**RODNEY VILLAZOR**
T  212 582 4400
D  212 377 0852
rodney.villazor@smithvillazor.com

June 15, 2021

**VIA ECF**

The Honorable Naomi Reice Buchwald
U.S. District Judge
U.S. District Court for the Southern
District Court of New York
500 Pearl Street
New York, New York 10007

> Application granted.
> SO ORDERED.
>
> /s/ Naomi Reice Buchwald
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: New York, New York
>        June 17, 2021

**Re: United States v. Mark Varacchi**
      **No. 17-cr-00076 (NRB)**

Dear Judge Buchwald:

   On behalf of Defendant Mark Varacchi, we respectfully request that he be permitted to drive with his wife and two sons to Falmouth, Massachusetts for a family vacation from June 20-24, 2021.  He has provided specific lodging accommodations to Pretrial Services.  His pretrial services officer has no objection.  The government, through AUSA Elisha Kobre, also consents to our request.

   Thank you in advance.

Respectfully submitted,

/s/ Rodney Villazor

Rodney Villazor
Smith Villazor, LLP