# SMITH | VILLAZOR

Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**RODNEY VILLAZOR**
T 212 582 4400
D 212 377 0852
rodney.villazor@smithvillazor.com

July 12, 2021

**VIA ECF**

The Honorable Naomi Reice Buchwald
U.S. District Judge
U.S. District Court for the Southern
District Court of New York
500 Pearl Street
New York, New York 10007

Application granted.
SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
July 14, 2021

Re: United States v. Mark Varacchi
No. 17-cr-00076 (NRB)

Dear Judge Buchwald:

On behalf of Defendant Mark Varacchi, we respectfully request that he be permitted to drive with his two sons to Minnesota for camp from July 22, 2021 through August 1, 2021. He will provide specific lodging accommodations to Pretrial Services. His pretrial services officer has no objection. The government, through AUSA Elisha Kobre, also consents to our request.

Thank you in advance.

Respectfully submitted,

/s/ Rodney Villazor

Rodney Villazor
Smith Villazor, LLP