# SMITH | VILLAZOR

Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**RODNEY VILLAZOR**
T  212 582 4400
D  212 377 0852
rodney.villazor@smithvillazor.com

September 27, 2021

**VIA ECF**  **MEMO ENDORSED**

The Honorable Sidney H. Stein
U.S. District Judge
U.S. District Court for the Southern
District Court of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Mark Varacchi
No. 17-cr-00076 (SHS)

Dear Judge Stein:

On behalf of Defendant Mark Varacchi, we respectfully request that he be permitted to travel with his family to Virginia for his son's hockey tournament from October 9, 2021 through October 11, 2021. He has provided specific lodging accommodations to Pretrial Services. His pretrial services officer has no objection. The government, through AUSA Jared Lenow, also consents to our request.

Thank you in advance.

Respectfully submitted,

/s/ Rodney Villazor

Rodney Villazor
Smith Villazor, LLP

Defendant's request to travel to Virginia is granted.

Dated: New York, New York
September 27, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.