UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-76 (SHS) |
| -v- | : | ORDER |
| MARK VARACCHI, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge

    IT IS HEREBY ORDERED that defendant's sentencing is scheduled for June 15, 2022, at 2:30 p.m. Defense submissions are due by May 31, 2022, the government submissions are due by June 1, 2022

Dated: New York, New York
       March 16, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.