# SMITH | VILLAZOR

Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**RODNEY VILLAZOR**
T  212 582 4400
D  212 377 0852
rodney.villazor@smithvillazor.com

July 1, 2022

**VIA ECF**                               **MEMO ENDORSED**

The Honorable Sidney H. Stein
U.S. District Judge
U.S. District Court for the Southern
District Court of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Mark Varacchi**
No. 17-cr-00076 (SHS)

Dear Judge Stein:

On behalf of Defendant Mark Varacchi, we respectfully request that he be permitted to fly with his two sons to Minnesota and stay for hockey camp from July 9, 2022 through July 16, 2022. He will provide specific lodging accommodations to Pretrial Services. His pretrial services officer has no objection. The government, through AUSA Jared Lenow, also consents to our request.

Thank you in advance.

Respectfully submitted,

/s/

Rodney Villazor
Smith Villazor, LLP

cc: AUSA Jared Lenow

**Request granted.**

**Dated: New York, New York
July 1, 2022**

SO ORDERED:

Sidney H. Stein, U.S.D.J.