# SMITH | VILLAZOR

Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**RODNEY VILLAZOR**
T 212 582 4400
D 212 377 0852
rodney.villazor@smithvillazor.com

September 12, 2022

**VIA ECF**     **MEMO ENDORSED**

The Honorable Sidney H. Stein
U.S. District Judge
U.S. District Court for the Southern
District Court of New York
500 Pearl Street
New York, New York 10007

> **Re: United States v. Mark Varacchi**
> **No. 17-cr-00076 (SHS)**

Dear Judge Stein:

On behalf of Defendant Mark Varacchi, we respectfully request that he be permitted to drive with his two sons to the New England area and stay for hockey tournaments in New Hampshire, September 16-18, 2022, and in Massachusetts on October 8, 2022. He will provide specific lodging accommodations to Pretrial Services. His pretrial services officer has no objection. The government, through AUSA Jared Lenow, also consents to our request.

Mr. Varacchi is scheduled to self-surrender to a designated Bureau of Prisons facility on October 28, 2022 to begin serving his 15-month sentence.

Thank you in advance.

Respectfully submitted,

/s/

cc: AUSA Jared Lenow           Rodney Villazor Smith Villazor, LLP

**Defendant's request to travel as set forth above is granted.**

**Dated: New York, New York**
**September 12, 2022**

SO ORDERED:

Sidney H. Stein, U.S.D.J.